JOHN MANEELY COMPANY, A CORPORATION OF THE STATE OF DELAWARE, PROSECUTOR, v. THE STATE BOARD OF TAX APPEALS OF NEW JERSEY AND WILLIAM D. KELLY, STATE TAX COMMISSIONER FOR NEW JERSEY, RESPONDENT.

Submitted January term, 1944—Decided April 24, 1944.

Before BROGAN, CHIEF JUSTICE, and Justices BODINE and COLIE.

For the prosecutor, *Joseph Beck Tyler.*

For the respondents, *David T. Wilentz,* Attorney-General (*John Solan,* of counsel).

PER CURIAM.

Upon an examination of the facts and the law of this case we are of the view that the matter was correctly decided by the State Board of Tax Appeals of New Jersey whose opinion is reported in 21 *N. J. Mis. R.* 229. The writ of *certiorari* is therefore dismissed and the tax judgment affirmed, for the reasons expressed in the opinion of the State Board of Tax Appeals of New Jersey.